**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Timothy Antonio JONES, a/k/a Tony Smith, Defendant–Appellant.**

**No. 02–6545.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 13, 2002.

Decided Sept. 12, 2002.

Timothy Antonio Jones, Appellant Pro Se. S. David Schiller, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before WIDENER and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Timothy Antonio Jones seeks to appeal the district court's order denying his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Jones*, Nos. CR–98–148; CA–01–18–3 (E.D.Va. Jan. 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*